IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br><br><br><br> SHEVYN EUGENE MARSHALL, <br><br> Defendant. | CR-18-90-GF-BMM <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

    United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on July 17, 2025. (Doc. 322.)

    When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on July 1, 2025 (Doc. 317.) The United States accused Shevyn Eugene Marshall (Marshall) of violating the conditions of his supervised release by: (1) failing to report to his probation officer as instructed on August 2, 2023; (2) commit another federal, state or local crime, Marshall was sentenced on January 24, 2024 by the Montana Eighth Judicial District Court for his conviction of the felony offense of Burglary, in violation of Mont. Code Ann. §45-6-204(1)(b). Marshall was granted parole to his federal detainer. (Docs. 313 and 316.)

At the revocation hearing, Marshall admitted that he had violated the conditions of supervised release as set forth in allegations 1-2 of the petition. Marshal was advised of his right to appeal and allocute before the undersigned. (Doc. 317.)

Judge Johnston found that violations Marshall admitted prove serious and warrants revocation of his supervised release and recommends a term of custody until September 30, 2025 at 12:00 p.m. (noon) with no supervised release to follow. (Doc. 322.)

The violations prove serious and warrant revocation of Marshall's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Amended Findings and Recommendations (Doc. 322) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Jacob Wilson be sentenced until September 30, 2025 at 12:00 p.m. (noon) with no supervised release to follow.

DATED this 31st day of July 2025.

_____
Brian Morris, Chief District Judge
United States District Courts